IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRISCILLA S REID, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:14-CV-3381-M |
| | § |
| CAROLYN COLVIN, ACTING, | § |
| COMMISSIONER OF THE SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is REVERSED, and by separate judgment, the case will be REMANDED to the Commissioner for further proceedings.

SO ORDERED on this 30 day of September, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS